**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 07, 2021

Mr. Darryl G. Bressack
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Erik A. Grill
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Ms. Heather S. Meingast
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Mr. Paul J. Stablein
Law Office of Paul Stablein
380 N. Old Woodward Avenue
Suite 320
Birmingham, MI 48009

Re:   Case No. 21-1785, *Timothy King v. Gretchen Whitmer, et al*
        Originating Case No. : 2:20-cv-13134

Dear Counsel,

   This appeal has been docketed as case number **21-1785** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 21, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                              |
|------------|--------------------------------------------------------------|
|            | Appearance of Counsel                                        |
| Appellant: | Civil Appeal Statement of Parties & Issues                   |
|            | Disclosure of Corporate Affiliations                         |
|            | Application for Admission to 6th Circuit Bar (if applicable) |
|            |                                                              |
|            | Appearance of Counsel                                        |
| Appellee:  | Disclosure of Corporate Affiliations                         |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                Sincerely yours,

                                s/C. Anthony Milton
                                Case Manager
                                Direct Dial No. 513-564-7026

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 21-1785

TIMOTHY KING, et al.

    Plaintiffs

 and

L. LIN WOOD

    Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees