UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **21-1785**

Case Title: **Timothy King, et al.**   vs. **Gretchen Whitmer, et al.**

List all clients you represent in this appeal:

**L. Lin Wood, Interested Party-Appellant**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Paul Stablein**       Signature: s/ **Paul Stablein**

Firm Name: **Paul Stablein, PLLC**

Business Address: **380 North Old Woodward Ave, Suite 320**

City/State/Zip: **Birmingham, MI 48009**

Telephone Number (Area Code): **(248) 540-1600**

Email Address: **paulstablein@stableinlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17