UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __21-1785__     Case Manager: __C. Anthony Milton__

Case Name: __Timothy King, et al. v. Gretchen Whitmer, et al.__

Is this case a cross appeal? ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☑ Yes  ☐ No
If yes, state:
Case Name: __King et al. v Whitmer, et al.__  Citation: __20-2205__
Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is taken against Defendants Gretchen Whitmer, Jocelyn Benson, the Michigan Board of State Canvassers, and Intervenor Defendant City of Detroit. The issues relate to the Defendants' and Intervenor Defendant's motions in the trial court for sanctions pursuant to Fed. R. Civ. P. 11, 18 U.S.C. sec. 1927 and the court's inherent authority. The trial court granted the motions and imposed both monetary and non-monetary sanctions. Mr. Wood is appealing those lower court orders.

This is to certify that a copy of this statement was served on opposing counsel of record this __10th__ day of __December__, __2021__.

__Paul Stablein__
Name of Counsel for Appellant