OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

CATHERINE C. GEYER  
*Chief Circuit Mediator*  
KATHRYN L. WOLLENBURG  
SCOTT COBURN  
JOHN A. MINTER

100 EAST FIFTH STREET  
CINCINNATI, OHIO 45202-3988  
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330  
FAX (513) 564-7349

December 15, 2021

Darryl G. Bressack  
Donald D. Campbell  
David H. Fink  
David H. Fink  
Timothy E. Galligan  
Erik A. Grill  
Heather S. Meingast  
Sidney Powell  
Paul J. Stablein

Re:  *Timothy King v. Gretchen Whitmer, et al,* CA Nos. 21-1785; 21-1786; 21-1787

## NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for January 6, 2022, has been rescheduled for **January 12, 2022** at **9:30 AM EASTERN TIME** with Scott Coburn. **A conference invitation will be provided to counsel.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel  
Mediation Administrator

cc:   Scott Coburn

**NOTE:**   The Confidential Mediation Background Information Forms are now due **January 5, 2022** if not already submitted.