OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

January 10, 2022

David H. Fink
Nathan J. Fink
Timothy E. Galligan
Erik A. Grill
Howard Kleinhendler
Heather S. Meingast
Sidney Powell
Paul J. Stablein

Re:  *Timothy King v. Gretchen Whitmer, et al,* CA Nos. 21-1785; 21-1786; 21-1787

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **January 12, 2022**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc:     Scott Coburn