Case No. 21-1785

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**TIMOTHY KING, et al.,**

      **Plaintiffs,**
  **and**

**L. LIN WOOD,**

      **Interested Party - Appellant**

**-v-**

**GRETCHEN WHITMER; JOCELYN BENSON;
CITY OF DETROIT, MI**

      **Defendants - Appellees**

## MOTION TO EXTEND TIME IN WHICH TO FILE INTERESTED PARTY-APPELLANT'S BRIEF ON APPEAL

This appeal is in regard the district court's order of sanctions, both monetary and disciplinary, against Mr. Wood, following the January 14, 2021, voluntary dismissal (R. 86, PageID 4030-4032) of the amended complaint (R. 6, PageID 876-957). On August 25, 2021, the district court, following briefing by all parties, and a

July 12, 2021, hearing via video conferencing,[1] issued its opinion and order for sanctions. (R. 172, PageID 6890-6999). The opinion and order consisted of 110 pages. After further briefing regarding the monetary sanctions portion of the lower court's order, the lower court filed the final judgment on December 2, 2021. (R. 180, PageID 7169-7170). Mr. Wood timely filed his notice of appeal to this Honorable Court on December 3, 2021. (R. 181, PageID 7171-7173).

According to this Honorable Court's briefing letter of December 28, 2021, Mr. Wood's Principal Brief is due February 7, 2021. 4. Counsel for Appellant has been, and will be, unable to complete Appellant's Principal Brief within the timeframe dictated due to a heavy caseload following the holiday break consisting of numerous live court appearances in State of Michigan county circuit courts (Wayne and Oakland) and the federal District Court for the Eastern District of Michigan, the preparation and appearance for a lengthy evidentiary hearing (*People of the State of Michigan v Darian Dew*, Case No. 21-006052-01-FH), as well as appearances for various sentencings, pretrial conferences and arraignments. Counsel must also prepare and file the Defendant's Reply Brief in the Michigan Court of Appeals in the case of the *People of the State of Michigan v Jeffrey Zeigler*, COA Case No. 358162, due February 9, 2022.

---

[1] Undersigned counsel did not substitute as counsel for Mr. Wood in the lower court until July 16, 2021, (R. 159, PageID 5537-5539), and, therefore, was not present at the hearing.

Counsel for Appellant will be able to complete Interested Party-Appellant's Principal Brief on or before February 21, 2022, and therefore, seeks an extension of 14 days to that date. Furthermore, such a short extension will not prejudice the Appellees in this matter as Mr. Wood agrees to a concurrent extension of the due date of Appellee's Principal Brief.

WHEREFORE, Interested Party-Appellant prays this Honorable Court for an order granting him an extension of the due date for Appellant's Principal Brief for 14 days, or on or before February 21, 2022.

                                                               Respectfully submitted,

                                                               /s/Paul J. Stablein
                                                               Paul J. Stablein
                                                               Paul Stablein, PLLC
                                                               Attorney for L. Lin wood

DATED:    January 30, 2022

## **PROOF OF SERVICE**

I, Paul Stablein, certify that the foregoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 30th day of January, 2022, which will automatically send notification of such filing to all attorneys and parties of record registered electronically, and, to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

Respectfully submitted,

/s/Paul J. Stablein
Paul Stablein
Attorney for L. Lin Wood

DATED:   January 30, 2022