Case No. 21-1785

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**TIMOTHY KING, et al.,**

    **Plaintiffs,**
  **and**

**L. LIN WOOD,**

    **Interested Party - Appellant**

**-v-**

**GRETCHEN WHITMER; JOCELYN BENSON;
CITY OF DETROIT, MI**

    **Defendants - Appellees**

## MOTION TO EXTEND TIME IN WHICH TO FILE INTERESTED PARTY-APPELLANT'S BRIEF ON APPEAL

This appeal is in regard the district court's order of sanctions, both monetary and disciplinary, against Mr. Wood, following the January 14, 2021, voluntary dismissal (R. 86, PageID 4030-4032) of the amended complaint (R. 6, PageID 876-957). On August 25, 2021, the district court, following briefing by all parties, and a July 12, 2021, hearing via video conferencing, issued its opinion and order for sanctions. (R. 172, PageID 6890-6999). The opinion and order consisted of 110

pages. After further briefing regarding the monetary sanctions portion of the lower court's order, the lower court filed the final judgment on December 2, 2021. (R. 180, PageID 7169-7170). Mr. Wood timely filed his notice of appeal to this Honorable Court on December 3, 2021. (R. 181, PageID 7171-7173).

According to this Honorable Court's briefing letter of December 28, 2021, Mr. Wood's Principal Brief is due February 7, 2021. The due date was extended by the Court pursuant to Counsel's motion January 30, 2022, motion to February 22, 2022. Counsel for Appellant was unable to complete Appellant's Principal Brief within the timeframe dictated due computer and formatting issues that occurred on February 22, 2022. Counsel has since filed Appellant's Opening Brief on February 23, 2022.

WHEREFORE, Interested Party-Appellant prays this Honorable Court for an order granting him an extension of the due date for Appellant's Principal Brief for 1 day, or on or before February 23, 2022.

                                                  Respectfully submitted,

                                                  /s/Paul J. Stablein
                                                  Paul J. Stablein
                                                  Paul Stablein, PLLC
                                                  Attorney for L. Lin wood

DATED:   January 30, 2022

## **PROOF OF SERVICE**

I, Paul Stablein, certify that the foregoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 23rd day of February 23, 2022, which will automatically send notification of such filing to all attorneys and parties of record registered electronically, and, to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

Respectfully submitted,

/s/Paul J. Stablein
Paul Stablein
Attorney for L. Lin Wood

DATED:     February 23, 2022