STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. Box 30736
Lansing, Michigan 48909

**DANA NESSEL**
ATTORNEY GENERAL

June 13, 2022
*Filed via Pacer*

Mr. Anthony Milton
Case Manager
Sixth Circuit Court of Appeals
100 East Fifth Street
Cincinnati, Ohio 45202

    Re:   *King v Lin Wood*
           Sixth Circuit Court of Appeals No. 21-1785 and 21-1787

Dear Mr. Milton:

    Pursuant to your telephone request this morning, Defendants Whitmer and Benson are not filing response briefs in case numbers 21-1785 and 21-1787 as these Defendants did not seek sanctions against the Plaintiffs' counsel who filed these appeals. Specifically, Mr. Lin Wood in Case No. 21-1785 and Ms. Emily Newman in Case No. 21-1787.

    If you have any additional questions, please feel free to contact me.

                                              Sincerely,

                                              *s/Heather S. Meingast*
                                              Heather S. Meingast (P55439)
                                              Division Chief
                                              CRE Division
                                              517.335.7659

HSM/lsa