**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 01, 2022

Mr. Paul J. Stablein
Law Office of Paul Stablein
33 Bloomfield Hills Parkway
Suite 242
Birmingham, MI 48009

Re:  Case No. 21-1785, *Timothy King v. Gretchen Whitmer, et al*
     Originating Case No. : 2:20-cv-13134

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **July 15, 2022**.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc:  Mr. David H. Fink
     Mr. Nathan Joshua Fink
     Mr. Erik A. Grill
     Ms. Heather S. Meingast