Case No. 21-1785

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**TIMOTHY KING, et al.,**

    **Plaintiffs,**
  **and**

**L. LIN WOOD,**

    **Interested Party - Appellant**

**-v-**

**GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI,**

    **Defendants - Appellees**

## MOTION FOR 14-DAY EXTENSION IN WHICH TO FILE INTERESTED PARTY-APPELLANT'S REPLY BRIEF ON APPEAL

This appeal is in regard the district court's order for sanctions, both monetary and disciplinary, against Mr. Wood, following the January 14, 2021, voluntary dismissal (R. 86, PageID 4030-4032) of the amended complaint (R. 6, PageID 876-957).

On August 25, 2021, the district court issued its opinion and order for sanctions. (R. 172, PageID 6890-6999). After further briefing regarding the

monetary sanctions portion of the lower court's order, the lower court filed the final judgment on December 2, 2021. (R. 180, PageID 7169-7170). Mr. Wood timely filed his notice of appeal to this Honorable Court on December 3, 2021. (R. 181, PageID 7171-7173).

Defendant-Appellee City of Detroit filed its responsive brief on June 10, 2022. (ECF No. 29).[1] Mr. Wood sought and was granted one previous 14-day extension of the due date for his reply. Mr. Wood's reply brief is currently due on or before July 15, 2022. Mr. Wood is seeking a 14-day extension, to July 29, 2022, in order to file his reply brief on appeal.

Four separate appeals are pending before this Honorable Court, arising from the same trial court order.[2] In two of the appeals, Case Nos. 21-1786 and 22-1010, Defendant-Appellee, City of Detroit, filed its brief on appeal on Friday, June 24, 2022. Moreover, in its Appellee Brief here, the City of Detroit incorporated by reference arguments it would, and did, make in Case Nos. 21-1786 and 22-1010. (ECF. No. 26, p. 12).

Defendant-Appellant, City of Detroit, sought, and was granted, three requests for extensions of time in which to file its responsive brief – March 18, 2022 (ECF

---

[1] Defendant-Appellees, Whitmer and Benson, notified the Court on June 13, 2022, that they would not be filing an appellee brief.
[2] In addition to the instant matter, appeals are pending under docket numbers 21-1786, 21-1787 and 22-1010. All are appeals from the same trial court order.

No 23), April 21, 2022 (ECF No. 25) and May 18, 2022 (ECF No. 27). Since July 1, 2022, undersigned counsel has attended live court appearances in numerous state and federal court matters, and, in addition, undersigned counsel is scheduled to begin trial in the Eastern District of Michigan on August 2, 2022, which has required counsel to review late discovery items the Government has produced in the past two weeks prior to the final pretrial conference scheduled for Monday, July 18, 2022.

Based upon the above, Mr. Wood requests a 14-day extension of the due date for his reply brief, from July 15, 2022, to July 29, 2022. Such an extension will not prejudice Defendant-Appellee nor substantially delay the conclusion of this appeal because the Appellants in Case No. 21-1786 have until August 12, 2022, to file their reply brief, and the Appellant in Case No. 21-1787 was recently granted a second extension of the due date for her reply brief to July 29, 2022.

WHEREFORE, Interested Party-Appellant prays this Honorable Court for an order granting him an extension of the due date for Appellant's Reply Brief on Appeal for 14 days, or on or before July 29, 2022.

                                                  Respectfully submitted,

                                                  /s/Paul J. Stablein
                                                  Paul J. Stablein
                                                  Paul Stablein, PLLC
                                                  Attorney for L. Lin wood

DATED:    July 14, 2022

## **PROOF OF SERVICE**

I, Paul Stablein, certify that the foregoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 14th day of July, 2022, which will automatically send notification of such filing to all attorneys and parties of record registered electronically, and, to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

Respectfully submitted,

/s/Paul J. Stablein
Paul Stablein
Attorney for L. Lin Wood

DATED:    July 14, 2022