**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 18, 2022

Mr. Paul J. Stablein
Law Office of Paul Stablein
33 Bloomfield Hills Parkway
Suite 242
Birmingham, MI 48009

  Re:  Case No. 21-1785, *Timothy King v. Gretchen Whitmer, et al*
       Originating Case No. : 2:20-cv-13134

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **July 29, 2022**.

                    Sincerely yours,

                    s/C. Anthony Milton
                    Case Manager
                    Direct Dial No. 513-564-7026

cc:  Mr. David H. Fink
     Mr. Nathan Joshua Fink
     Mr. Erik A. Grill
     Ms. Heather S. Meingast