Case No. 21-1785/21-1786/21-1787/22-1010

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TIMOTHY KING, et al.

    Plaintiffs

 and

L. LIN WOOD, et al.

    Interested Parties - Appellants

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

 

The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above.

    ENTERED BY ORDER OF THE COURT
    Deborah S. Hunt, Clerk

Issued: December 08, 2022