| | |
|---|---|
| 607 - 6th Floor West Courtroom, 1:00 P.M. | Thursday, December 8, 2022 |

## Boggs, Kethledge, White

**21-1785 / 21-1786 / 21-1787 / 22-1010 Timothy King, et al. v. Gretchen Whitmer, et al.**

Timothy King

    **Plaintiff**

| | | | |
|---|---|---|---|
| L. Lin Wood | | ret | Paul J. Stablein |

    **Interested Party – Appellant [21-1785]**

| | | | |
|---|---|---|---|
| Gregory J. Rohl, et al. | | ret | Sidney Powell |

    **Interested Parties – Appellants [21-1786]**

| | | | |
|---|---|---|---|
| Emily Newman | | ret | Timothy E. Galligan |

    **Interested Party – Appellant [21-1787]**

| | | | |
|---|---|---|---|
| Stefanie Lynn Junttila | | ret | Stefanie Lynn Junttila |

    **Interested Party – Appellant [22-1010]**

**V.**

| | | | |
|---|---|---|---|
| Gretchen Whitmer, et al. | | ret | Heather S. Meingast |
| City of Detroit, MI | | ret | David H. Fink |

    **Defendants – Appellees**

*Leon Korotko, Courtroom Deputy*

In these consolidated matters, plaintiff's counsel appeals as an interested party from a district court's order approving an award of attorney fees to be paid by plaintiff's counsel as sanction for filing a frivolous suit alleging fraud in the 2020 presidential election.   (30 Minutes to be Shared by Appellants; 30 Minutes to be Shared by Appellees)